567 F.2d 1367
 In the Matter of COED SHOP, INC., Bankrupt.
CAPITAL CITY FIRST NATIONAL BANK, Appellant,
v.
Carl E. RUDE, Jr., Appellee.
 No. 77-2381
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Feb. 15, 1978.
 Timothy B. Elliott, Tallahassee, Fla., for appellant.
 Carl E. Rude, Jr. (pro se), Atty., Tallahassee, Fla., for appellee.
 Before BROWN, Chief Judge, RONEY and HILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment entered in favor of the trustee is affirmed on the basis of District Judge Stafford's opinion, N.D.Fla., 1977, 435 F.Supp. 472.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I